1  PATRICIA L. McCABE
   California State Bar No. 156634
2  7100 Hayvenhurst Avenue, Suite 314
   Van Nuys, CA 91406
3  Telephone: (818) 907-9726
   Facsimile: (818) 907-6384
4  E-mail: PLMCCABE@aol.com

5  Attorney for Plaintiff,
   JOHN D. MARSHALL
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE CENTRAL DISTRICT OF CALIFORNIA

9                      WESTERN DIVISION

10 JOHN D. MARSHALL,                    )   Case No.: CV 12-06360-JC
                                        )
11           Plaintiff,                 )
   v.                                   )
12                                      )   ORDER FOR AN AWARD
   Carolyn W. Colvin,                   )   OF ATTORNEY'S FEES UNDER
13 Acting Commissioner Social Security, )   THE EQUAL ACCESS TO
                                        )   JUSTICE ACT (EAJA)
14           Defendant.                 )
                                        )
15 _____     )

16      Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation),

17 IT IS ORDERED that attorney fees be paid under the Equal Access to Justice Act

18 (EAJA) in the amount of Five Thousand Seven Hundred and 00/100 Dollars ($5,700.00),

19 pursuant to 28 U.S.C. § 2412(d), and costs in the amount of One Hundred Twenty-Three

20 and 04/100 Dollars ($123.04), pursuant to 28 U.S.C. § 1920, subject to the terms of the

21 above-referenced Stipulation.

22      IT IS SO ORDERED.

23
   Date:   November 14, 2013              /s/
24                                _____
                                  Honorable Jacqueline Chooljian
25                                United States Magistrate Judge

26

27
   _____
28     ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)